# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

EDITH LILLIAN SISCO,

                Plaintiff,

     v.

ANDREW M. SAUL,
Commissioner of Social Security,

                Defendant.

_____/

Case No. 1:19-cv-01277-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 2)

### ORDER

      Plaintiff Edith Lillian Sisco filed a complaint on September 10, 2019, and an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on September 12, 2019.  (Docs. 1, 4.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

      Accordingly, IT IS HEREBY ORDERED that:

     1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

     2.     The Clerk of Court is DIRECTED to issue a summons; and

     3.     The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:  **September 13, 2019**            /s/ *Sheila K. Oberto*

                                  UNITED STATES MAGISTRATE JUDGE