McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| EDITH LILLIAN SISCO,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>   Commissioner of Social Security,<br><br>    Defendant. | No. 1:19−CV−01277-AWI-SKO<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that with the Court's approval pursuant to the Scheduling Order, Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from Wednesday, May 26, 2020 to June 25, 2020.  This is the parties first stipulated request for an extension and the Plaintiff has no objection to the request.

    A thirty (30) day extension will give sufficient time for the assigned attorney to complete the response to Plaintiff's Motion for Summary Judgment.  Counsel apologizes to the Court for any inconvenience caused by this delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    Good cause exists for this request.  Defendant respectfully requested this additional time because of competing workload requirements due to having three other briefs due in the same week.  In addition, in light of the global COVID-19 crisis, SSA is switching to new work processes, and is focusing on providing the most critical services by mail, phone and online to

1  those most in need.  SSA is also taking additional steps to protect its employees and help stop the
2  spread of COVID-19, maximizing social distancing, including significantly limiting employee
3  access to SSA facilities for health and safety only and moving rapidly toward a virtual work
4  environment.   Although the agency is working diligently to provide ongoing services, including
5  legal services, there are practical implications for our litigation workloads.

6      Counsel for Defendant, as well as all the support staff in that office, works in the State of
7  California, where the governor has ordered all residents to stay home, effective March 19, 2020,
8  until further notice.  This order has led to reduced onsite staffing in Offices of the United States
9  Attorney.  Defendant's counsel coordinates closely with the United States Attorney's Office and
10  relies on that office for certain types of administrative support.  Moreover, the Governor's order
11  and the decision of the Commissioner to implement full-time telework throughout the country has
12  led to unanticipated strains on internet connectivity for SSA employees.

13      Because of the March 19, 2020 order, child care services in California are closed;
14  assigned counsel for Defendant has a child who is at home during the day until further notice,
15  necessitating certain childcare activities that have prevented counsel from working a consistent
16  full-time schedule.  As a result, counsel for Defendant is not able to meet the current briefing
17  schedule for this case.  Similar impacts on attorneys throughout the office have reduced the
18  office's ability to meet the briefing schedule by reassigning the case.

19      Defendant understands that this thirty-day extension does not require court approval and
20  files this stipulation pursuant to the requirements of the Court's Scheduling Order.

21      Respectfully submitted,

22  DATE: May 21, 2020      By: *s/ David F. Chermol\**
23      CHERMOL & FISHMAN, LLC
    Attorney for Plaintiff
24      (*as authorized by email)

25      McGREGOR W. SCOTT
26      United States Attorney

27  DATE: May 21, 2020      By: *s/ Daniel P. Talbert*
    DANIEL P. TALBERT
28

|   |   |
|---|---|
| | Special Assistant United States Attorney |
| | Attorneys for Defendant |

OF COUNSEL:
Oscar Gonzalez de Llano
Assistant Regional Counsel
Social Security Administration, Region IX

**ORDER**

Pursuant to the parties' above stipulation, for good cause shown, Defendant shall file and serve on Plaintiff his responsive brief by no later than June 25, 2020. All other deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated: __**May 22, 2020**__     /s/ *Sheila K. Oberto*
                               UNITED STATES MAGISTRATE JUDGE