```
McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8955
        Facsimile: (415) 744-0134
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EDITH LILLIAN SISCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CIVIL NO. 1:19−CV−01277-AWI-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. No. 21)** |

　　　IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

　　　Upon remand, the Appeals Council will issue a partially favorable decision finding the claimant disabled as of her 55th birthday under the Medical-Vocational Guidelines, Rule 202.06.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. to Remand; 1:19−CV−01277-AWI-SKO

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 9th day of July 2020.

Dated:  July 9, 2020          By:     /s/  David F. Chermol*
                                       CHERMOL & FISHMAN, LLC
                                       Attorney for Plaintiff
                                       *Authorized via e-mail

Dated:  July 9, 2020                   McGREGOR W. SCOTT
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                              By:     /s/ Daniel P. Talbert
                                       DANIEL P. TALBERT
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

## ORDER

Based upon the parties' above Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. No. 21), and for cause shown,

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Edith Lillian Sisco and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:  July 10, 2020                  _____
                                       SENIOR  DISTRICT  JUDGE

Stip. to Remand; 1:19−CV−01277-AWI-SKO