McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EDITH LILLIAN SISCO,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:19−CV−01277-AWI-SKO<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920; ORDER |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Edith Lillian Sisco (Plaintiff) be awarded attorney fees and expenses in the amount of seven thousand three hundred and forty-four dollars ($7,344.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

Stip. for EAJA Award; Order 1:19−CV−01277-AWI-SKO

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Plaintiff's counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Chermol & Fishman, LLC, 11450 Bustleton Avenue, Philadelphia, PA 19116.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel including David F. Chermol, Esq., Chermol & Fishman, LLC, Helen R. Zane, Esq., and Law Offices of Helen R. Zane may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted this 4rd day of September 2020.

Dated:  September 4, 2020     By:     */s/  David F. Chermol*_____
                                      CHERMOL & FISHMAN, LLC
                                      Attorney for Plaintiff
                                      *Authorized via e-mail

Stip. for EAJA Award; Order 1:19−CV−01277-AWI-SKO

Dated: September 4, 2020      McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ *Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' above "Stipulation for the Award and Payment of Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d), and Costs Pursuant to 28 U.S.C. § 1920" (the "Stipulation") (Doc. 25), IT IS ORDERED that attorney's fees in the amount of SEVEN THOUSAND THREE HUNDRED AND FORTY-FOUR DOLLARS AND 00/100 ($7,344.00), as authorized under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **September 4, 2020**      /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

Stip. for EAJA Award; Order 1:19−CV−01277-AWI-SKO